THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PAMELA BERMUDEZ,

    Plaintiff,                                                 CASE NO.  1:10-cv-20299

v.

ALLIANCE ONE, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    NOW COMES the Plaintiff, PAMELA BERMUDEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

    Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                        Respectfully Submitted,

DATED:  June 16, 2010               KROHN & MOSS, LTD.

                                      By: /s/ James Pacitti
                                            James Pacitti
                                            Krohn & Moss, Ltd.
                                            10474 Santa Monica Blvd. Suite 401
                                            Los Angeles, CA 90025
                                            Ph: (323) 988-2400 ext. 230
                                            Attorneys for Plaintiff
                                            FBN: 119768