UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20299-CIV-HUCK/O'SULLIVAN

PAMELA BERMUDEZ,

    Plaintiff,

v.

ALLIANCE ONE, INC.,

    Defendant.

_____/

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Settlement (Doc. #13), filed June 16, 2010. It is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. The Court retains jurisdiction for 60 days from this date to enforce the terms of the parties' settlement agreement.

DONE and ORDERED in Chambers, Miami, Florida, July 26, 2010.

Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record